FILED
15-0669
10/28/2015 3:19:58 PM
tex-7582409
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# No. 15-0669

IN THE
SUPREME COURT OF TEXAS

**GRAPHIC PACKAGING CORPORATION,**
**Petitioner,**

**v.**

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,**
**Respondents.**

On Petition for Review from the
Third Court of Appeals at Austin, Texas
Cause No. 03-14-00197-CV

**UNOPPOSED MOTION IN SUPPORT OF *PRO HAC VICE***

**ADMISSION OF AMY L. SILVERSTEIN**

Wallace B. Jefferson, attorney for Petitioner Graphic Packaging Corporation in the above-entitled and numbered cause, files this Motion in Support of *Pro Hac Vice* Admission of Amy L. Silverstein, pursuant to Rule XIX of the Rules Governing Admission to the State Bar of Texas, and shows as follows:

1. The undersigned has been a member of good standing of the State Bar of Texas since 1988, has been Board Certified in Civil Appellate Law by the Texas

1

Board of Legal Specialization since 1993, and appears frequently before this honorable Court.

2. Amy L. Silverstein has separately filed a Motion for Admission *Pro Hac Vic*e in this case.

3. Through my work with her on this case, I have become familiar with Ms. Silverstein and her legal abilities and ethical standards. I find her to be a reputable attorney and recommend that she be granted permission to participate *pro hac vice* in this cause before this Court.

Respectfully submitted,

By*:*  */s/ Wallace B. Jefferson*
Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
Rachel A. Ekery
State Bar No. 00787424
rekery@adjtlaw.com
Dana Livingston
State Bar No. 12437420
dlivingston@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701
Telephone: (512) 482-9300
Facsimile:   (512) 482-9303

COUNSEL FOR PETITIONER
GRAPHIC PACKAGING CORPORATION

## CERTIFICATE OF CONFERENCE

As already noted in the Certificate of Conference in the contemporaneously filed Motion for Admission *Pro Hac Vice*, Ms. Silverstein's request to participate in this cause *pro hac vice* is unopposed.

/s/ Wallace B. Jefferson
Wallace B. Jefferson

## CERTIFICATE OF SERVICE

On October 28, 2015, I electronically filed this Motion in Support of *Pro Hac Vice* Motion of Amy L. Silverstein with the Clerk of the Court using the eFile.TXCourts.gov electronic filing system which will send notifications of such filing to the following:

Rance Craft
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

Cynthia A. Morales
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION,
P.O. Box 12548
Austin, Texas 78711
(512) 463-8897
(512) 477-2348 [fax]
cynthia.morales@texasattorneygeneral.gov

*Counsel for Respondents*

/s/ Wallace B. Jefferson
Wallace B. Jefferson